October 24, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

DELORE GUIDRY, JR., Appellant

NO. 14-16-00564-CR
NO. 14-16-00565-CR                          V.

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcripts of the records of the court below. Having considered the records, this Court holds that there was no error in the judgments.  The Court orders the judgments **AFFIRMED**.

We further order this decision certified below for observance.